1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tonia M. Howard

7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TONIA M. HOWARD, | Case No.: 2:14-cv-02162-KJN |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file her motion for summary judgment from March 13, 2015, to and including March 30, 2015, and that all subsequent deadlines set forth in the Scheduling Order are extended accordingly.

Counsel for plaintiff has caused the need for this request. Counsel for plaintiff failed to calendar this matter properly, resulting in the elapsing of the deadline to file her motion for summary judgment. Counsel for plaintiff

-1-

1  apologizes for this delay.  To compensate, counsel will attempt to file any reply
2  brief sooner than what is ultimately permitted by the Court's Scheduling Order.
3  The parties, on behalf of counsel for plaintiff, respectfully request the granting of
4  this request for the proper briefing of this matter.
5      IT IS SO STIPULATED.
6  DATE: March 23, 2015    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY: _____
Young Cho
Attorney for plaintiff TONIA M. HOWARD

Date:  March 23, 2015    BENJAMIN B. WAGNER
United States Attorney

BY:  /s/ *Esther Kim*
Esther Kim
Special Assistant United States Attorney
Attorneys for Defendant CAROLYN W. COLVIN
Acting Commissioner of Social Security

**ORDER**

Approved and so ordered.  Failure to *timely* seek an extension of a court deadline in the future may result in the imposition of sanctions.

Dated:  March 25, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE